ORIGINAL

peteragueroind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 10 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER OGO AGUERO,<br>and LINDA G. AGUERO,<br><br>Defendants. | CRIMINAL CASE NO. 07-00004<br><br>**INDICTMENT**<br><br>**DEALING IN FIREARMS**<br>[18 U.S.C. §§ 922(a)(1)(A) & 924(a)(1)(D)]<br>(Counts I, II, III, IV)<br>**EXPLOSIVE MATERIALS**<br>[18 U.S.C. §§ 842(h) & 844(a)]<br>(Counts V, VI, VII, VIII, IX)<br>**IMPROPER STORAGE OF EXPLOSIVES**<br>[18 U.S.C. §§ 842(j) & 844(b) and 27 C.F.R. Secs. 55.201]<br>(Count X) |

THE GRAND JURY CHARGES THAT:

### COUNT I - DEALING IN FIREARMS

On or about the 25th day of February, 2005, in the District of Guam, the defendant, PETER OGO AGUERO, wilfully engaged in the business of dealing in firearms without a license, to wit: defendant PETER OGO AGUERO sold a firearm, specifically a Savage Shotgun, .12 gauge, Serial Number obliterated, without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

//
//
//

## COUNT II - DEALING IN FIREARMS

On or about the 25th day of February, 2005, in the District of Guam, the defendant, PETER OGO AGUERO, wilfully engaged in the business of dealing in firearms without a license, to wit: defendant PETER OGO AGUERO sold a firearm, specifically a Harrington and Richardson rifle, .32 caliber, Serial Number #AP274-31, without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT III - DEALING IN FIREARMS

On or about the 29th day of March, 2005, in the District of Guam, the defendant, PETER OGO AGUERO, wilfully engaged in the business of dealing in firearms without a license, to wit: defendant PETER OGO AGUERO sold a firearm, specifically a Jager rifle, model AP80-22M, .22 caliber, Serial Number 033476, without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT IV - DEALING IN FIREARMS

On or about the 14th day of April, 2005, in the District of Guam, the defendant, LINDA G. AGUERO, wilfully engaged in the business of dealing in firearms without a license, to wit: defendant LINDA G. AGUERO, sold a firearm, specifically a Nornico Rifle, Model SKS, 7.62x39 caliber, Serial Number 210031520, without a license, in violation of Title18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT V - EXPLOSIVE MATERIALS

Between the dates of February 25, 2005 and April 14, 2005, in the District of Guam, the defendants PETER OGO AGUERO and LINDA G. AGUERO, knowingly engaged in the business of dealing in explosive materials, specifically the sale of three (3) commercial blasting/detonating caps and five (5) Pest Control Devices/California Seals, without a license to do so pursuant to Chapter 40 of Title 18, United States Code, Sections 842(h) and 844(a).

## COUNT VI - EXPLOSIVE MATERIALS

On or about the 25th day of February, 2005, in the District of Guam, the defendant PETER OGO AGUERO, knowingly sold explosive materials, to wit: three (3) commercial blasting caps (#18) with red and white leg wires, knowing and having reasonable cause to believe the explosive materials were stolen, in violation of Title 18, United States Code, Sections 842(h) and 844(a).

## COUNT VII - EXPLOSIVE MATERIALS

On or about the 29th day of March, 2005, in the District of Guam, the defendant PETER OGO AGUERO, knowingly sold explosive materials, to wit: four (4) California Seals or Pest Control Devices with green fuses, knowing and having reasonable cause to believe, the explosive materials were stolen, in violation of Title 18, United States Code, Sections 842(h) and 844(a).

## COUNT VIII - EXPLOSIVE MATERIALS

On or about the 14th day of April, 2005, in the District of Guam, the defendant LINDA G. AGUERO, knowingly sold explosive materials, to wit: one (1) California Seal or Pest Control Device, knowing and having reasonable cause to believe, the explosive materials were stolen, in violation of Title 18, United States Code, Sections 842(h) and 844(a).

## COUNT IX - EXPLOSIVE MATERIALS

On or about the 21st day of March, 2006, in the District of Guam, the defendant LINDA G. AGUERO and PETER OGO. AGUERO, knowingly concealed explosive materials, to wit: two (2) commercial blasting caps with red and white leg wires, knowing and having reasonable cause to believe, the explosive materials were stolen, in violation of Title 18, United States Code, Sections 842(h) and 844(a).

//
//

-3-

Case 1:07-cr-00004   Document 1   Filed 01/10/2007   Page 3 of 4

## COUNT VI - IMPROPER STORAGE OF EXPLOSIVES

Between February 25, 2005 and March 21, 2006, in the District of Guam, the defendant PETER OGO AGUERO and LINDA G. AGUERO, knowingly stored high explosives in a manner not in conformity with regulations promulgated by the Secretary of the Treasury pursuant to 18 U.S.C. Section 847, in that they stored high explosives, specifically five (5) commercial blasting caps/detonating devices and five (5) California Seals/Pest Control Devices, as defined in 27 C.F.R. Secs. 55.202(a)(1987), in their residence at Anthurum Street, Pagat, Mangilao, Guam, said residence not then conforming with the requirements of Type 1 storage facilities, in violation of Title 18, United States Code, Sections 842(j) and 844(b) and 27 C.F.R. Secs. 55.201 et seq., (1987).

DATED this 10th day of January, 2007.

A TRUE BILL.

_____
IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney