# Criminal Case Cover Sheet          U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: _____

**Related Case Information:**

Superseding Indictment _____ Docket Number 07-00004
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _X_ No

Defendant Name: Peter Ogo Aguero

Alias Name: _____

Address: _____

Yona, Guam

Birthdate xx/xx/1964   SS# Xxx-xx-9152   Sex M   Race PI   Nationality Chamorro

**U.S. Attorney Information:**

AUSA: Rosetta L. San Nicolas

Interpreter: _X_ No ___ Yes   List language and/or dialect: _____

**RECEIVED JAN 1 0 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 8    ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 922a1A & 924a1D | Dealing in Firearms | 1, 2, 3 |
| Set 2 | 18 USC 842h & 844a | Explosive Materials | 5, 6, 7, 9 |
| Set 3 | 18 USC 842j & 844b<br>27 CFR 55.201 | Improper Storage of Explosives | 10 |
| Set 4 | | | |

(May be continued on reverse)

Date: 1/10/07    Signature of AUSA: [signature]

**ORIGINAL**