# Criminal Case Cover Sheet    U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**07-00004**

**Defendant Information:**

**Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _X_ No**

Defendant Name _____Linda Aguero_____

Alias Name _____

Address _____
_____Yona, Guam_____

Birthdate xx/xx/1967   SS# _____   Sex _F_   Race _PI_   Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA _____Rosetta L. San Nicolas_____

Interpreter: _X_ No ___ Yes   List language and/or dialect: _____

**RECEIVED JAN 10 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __5__   ___ Petty   ___ Misdemeanor   _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1  18 USC 922a1A & 924a1D | Dealing in Firearms | 4 |
| Set | 2  18 USC 842h & 844a | Explosive Materials | 5, 8, 9 |
| Set | 3  18 USC 842j & 844b  27 CFR 55.201 | Improper Storage of Explosives | 10 |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: __1/10/07__   Signature of AUSA: _____

**ORIGINAL**