AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

LINDA G. AGUERO

**WARRANT FOR ARREST**

Case Number: CR-07-00004-002

**FILED**
DISTRICT COURT OF GUAM
JAN 12 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   LINDA G. AGUERO

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Counts IV - Dealing in Firearms, 18 U.S.C. §§ 922(a)(1)(A) & 924 (a)(1)(D)
Counts V, VIII, IX - Explosive Materials, 18 U.S.C. §§ 842(h) & 844(a)
Count X - Improper Storage of Explosives, 18 U.S.C. §§ 842(j) & 844(b) and 27 C.F.R. Secs. 55.201 et seq., (1987)

in violation of Title _____ United States Code, Section(s) _____

MELISSA L. TRAUNER
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

1/10/2007       HAGATNA, GUAM
Date            Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ATF Office in Mongmong |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/11/07 | HOANG M. NGUYEN S/A | |
| DATE OF ARREST 1/12/07 | | |

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __LINDA G. AGUERO__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: