FILED
DISTRICT COURT OF GUAM
JAN 12 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00004 |
|---|---|
| Plaintiff, | |
| vs. | APPOINTMENT ORDER |
| PETER OGO AGUERO, et. al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **PETER OGO AGUERO**; and **JOAQUIN C. ARRIOLA, JR.** is appointed to represent defendant **LINDA G. AGUERO** in the above-entitled case.

Dated this 12th day of January, 2007.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

ORIGINAL