

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00004 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **INFORMATIONAL REPORT** |
| | ) | |
| PETER OGO AGUERO | ) | |
| and LINDA G. AGUERO, | ) | |
| Defendants. | ) | |

On January 12, 2007, defendants Peter Ogo Aguero and Linda G. Aguero made their Initial Appearance on an Indictment, which charged them with Dealing in Firearms, Explosive Materials, and Improper Storage of Explosives. Together with counsel, the defendants also pleaded not guilty to the charges and trial was scheduled for March 8, 2007. The defendants were released on their recognizance with certain conditions.

As per court order, following the hearing, the defendants were tested for controlled substances at the U.S. Probation Office. The test of Peter Ogo Aguero was negative for any controlled substances. The test of Linda G. Aguero, however, was positive for methamphetamine use. Ms. Aguero executed a statement to U.S. Probation Officer Maria C. Cruz and admitted that she used "ice" on the previous day, January 11, 2007.

In light of the drug test results, the Probation Officer respectfully requests that the Court modify the pretrial release conditions of each defendant, pursuant to 18 U.S.C. § 3142(c)(3), to include:

ORIGINAL

Informational Report
Re: AGUERO, Peter Ogo
   AGUERO, Linda G.
USDC Cr. Cs. No. 07-00004
January 17, 2007
Page 2

> The defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, alcohol testing, and/or any form of prohibited substance screening or testing; and,

> The defendant shall participate in a program of substance abuse therapy and counseling if deemed advisable by the pretrial services office or the supervising officer.

Each of the defendants, and their attorneys, are aware of the drug results and that this report is submitted for information. The parties have agreed to a modification of the pretrial release conditions and an executed Probation Form PS42, Consent to Modify Conditions of Release is forthcoming.

Dated this 17th day of January 2007 at Hagatna, Guam.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist


cc: Rosetta L. San Nicolas, Assistant U.S. Attorney
   John T. Gorman, Attorney for PeterOgo Aguero
   Joaquin C. Arriola Jr., Attorney for Linda G. Aguero