# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-07-00004-002                     DATE: March 07, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                 Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 10:50:09 - 11:16:10
CSO: B. Benavente / J. Lizama

**APPEARANCES:**

Defendant: Linda G. Aguero                   Attorney: Joaquin C. Arriola, Jr.
☑ Present ☐ Custody ☐ Bond ☑ P.R.           ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas           U.S. Agent:
U.S. Probation: Maria Cruz                   U.S. Marshal: C. Marquez
Interpreter:                                 Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made in the plea agreement.
- Government's oral motion to amend the Indictment was granted.
- Defendant sworn and examined.
- Defendant consented to enter her plea before a U.S. Magistrate Judge.
- Plea entered: Guilty to Counts IV and V
- Report and Recommendation executed by the Court.
- Status Hearing set for: June 7, 2007 at 10:30 a.m.
- Defendant released as previously ordered by this Court.

NOTES: