ORIGINAL

lindaaguero6stp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00004 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO VACATE STATUS HEARING AND SET SENTENCING DATE** |
| LINDA G. AGUERO, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel, Joaquin C. Arriola, Jr., hereby motion this Honorable Court to vacate the Status Hearing currently scheduled for June 7, 2007, and to set a sentencing date in the above matter.

The parties request that the Court calendar the sentencing date at least ninety (90) days from the date of this request so that the Presentence Report can be completed in this case.

6/5/07
DATE

JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

6/5/07
DATE

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney