LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00004 |
| Plaintiff, ) | **O R D E R** |
| vs. ) | **re Stipulated Motion to Vacate Status Hearing and Set Sentencing Date** |
| LINDA G. AGUERO, ) | |
| Defendant. ) | |

Based on the Stipulation of Parties filed June 5, 2007, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the June 7, 2007, status hearing be vacated, and that sentencing is set for October 1, 2007, at 11:00 a.m. The presentence report shall be provided to the parties no later than August 27, 2007. The parties shall file their responses to the presentence report and sentencing positions no later than September 10, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than September 24, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jun 07, 2007