IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00004 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ACCEPTING PLEAS OF GUILTY, ADJUDICATING GUILT AND NOTICE OF SENTENCING** |
| LINDA G. AGUERO, | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to counts IV and V of an Indictment charging her with Dealing in Firearms, in violation of 18 U.S.C. §§ 2 and 922(a)(1)(A), and Dealing in Explosive Materials Without a License, in violation of 18 U.S.C. §§ 2 and 842(a)(1), are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing on October 1, 2007, at 11:00 a.m.

IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Sep 18, 2007**