**JOAQUIN C. ARRIOLA, JR., ESQ.**
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734



FILED
DISTRICT COURT OF GUAM
SEP 2 8 2007
JEANNE G. QUINATA
Clerk of Court

Counsel for Defendant *LINDA G. AGUERO*

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **CR07-00004** |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **STIPULATION CONTINUING** |
| LINDA G. AGUERO, ) | **SENTENCING DATE** |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the Parties herein that the Sentencing currently scheduled for October 1, 2007, at 9:00 A.M., be continued for approximately four (4) weeks. Counsel for Defendant Linda G. Aguero is in a domestic trial in the Superior Court of Guam.

IT IS SO STIPULATED.

**OFFICE OF THE U.S. ATTORNEY**
Counsel for Plaintiff

**ARRIOLA, COWAN & ARRIOLA**
Counsel for Defendant *Linda G. Aguero*

_____
**ASSISTANT U.S. ATTORNEY**

Dated: 9-27-07

_____
JOAQUIN C. ARRIOLA, JR.

Dated: 9/27/17

*(left margin)* ARRIOLA, COWAN & ARRIOLA, HAGATNA. GUAM 96910