**JOAQUIN C. ARRIOLA, JR., ESQ.**
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant *LINDA G. AGUERO*

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **CR07-00004** |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER CONTINUING** |
| ) | **SENTENCING DATE** |
| LINDA G. AGUERO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Parties having Stipulated to a Continuance of the Sentencing Hearing for Defendant LINDA G. AGUERO in the above matter, and Good Cause Appearing, IT IS HEREBY ORDERED that the Sentencing Hearing for Defendant Linda Aguero be and the same is hereby continued until Friday, November 2, 2007, at 11:00 a.m.



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 28, 2007**