lindaaguerostp

☐ **ORIGINAL**

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

**FILED**
DISTRICT COURT OF GUAM

OCT 24 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00004 |
| Plaintiff, ) | |
| ) | **STIPULATED MOTION TO** |
| vs. ) | **CONTINUE SENTENCING** |
| LINDA G. AGUERO, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel, Joaquin C. Arriola, Jr., hereby motion this Honorable Court to continue the Sentencing date currently scheduled for November 2, 2007, to November 8, 2007, or at a later date and time to be selected by the court at it's convenience.

//
//
//
//
//
//

The parties make this request due to Assistant U.S. Attorney Rosetta San Nicolas must present oral agrument before the 9th Circuit Court of Appeals in Hawaii on November 1, 2007 and will return on November 3, 2007. A continuance will allow the government an opportunity to brief the court with the extent of the defendant's cooperation

10/28/07
DATE

JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

10/23/07
DATE

By:

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney