1  LEONARDO M. RAPADAS
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagatna, Guam  96910
   PHONE:  472-7332
5  FAX:  472-7334

6  Attorneys for the United States of America

8                IN THE UNITED STATES DISTRICT COURT

9                    FOR THE TERRITORY OF GUAM

11 UNITED STATES OF AMERICA,         )  CRIMINAL CASE NO. 07-00004
                                     )
12               Plaintiff,           )         **ORDER**
                                     )  **Re:  Stipulated Motion To**
13         vs.                        )  **Continue Sentencing**
                                     )
14 LINDA G. AGUERO,                  )
                                     )
15               Defendant.           )
   _____   )

17    **IT IS HEREBY ORDERED** that the Sentencing date currently scheduled for November

18 2, 2007 at 10:00 a.m., is hereby rescheduled to the 14th day of December, 2007 at the hour of

19 10:00 a.m.

20    **SO ORDERED.**

                                        /s/ **Frances M. Tydingco-Gatewood**
                                               **Chief Judge**
                                          **Dated: Oct 25, 2007**