# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00004-002　　　　　　　　　　　　DATE: December 14, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber　　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 10:25:45 - 10:51:42
CSO: D. Quinata

---

**APPEARANCES:**

Defendant: Linda G. Aguero　　　　　　　　　Attorney: Joaquin C. Arriola, Jr.
　Present　Custody　Bond　P.R.　　　　　　　　Present　Retained　FPD　CJA

U.S. Attorney: Rosetta San Nicolas　　　　　U.S. Agent: H. Nguyen, A.T.F.
U.S. Probation: Carleen Borja　　　　　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Sentencing**

- Proceedings continued to: January 8, 2008 at 9:00 a.m.
- Defendant released as previously ordered by this Court.

NOTES: