# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00004-002       DATE: January 08, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                           Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore/Carmen B. Santos      Electronically Recorded: 10:16:00 - 10:52:00
CSO: B. Benavente

**APPEARANCES:**
Defendant: Linda G. Aguero                      Attorney: Joaquin C. Arriola, Jr.
☑ Present ☐ Custody ☐ Bond ☑ P.R.              ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas              U.S. Agent:
U.S. Probation: Carleen Borja                   U.S. Marshal: V. Roman/J. Untalan
Interpreter:                                    Language:

**PROCEEDINGS:**
- Oral motion for downward departure <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>7-1/2 months for Count IV and 7-1/2 months for Court V, to be served concurrently.</u>
- Court recommendation to the Bureau of Prisons at <u>Honolulu, Hawaii</u>.
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>2 years for Count IV and 2 years for Count 5, to be served concurrently,</u> with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 for Count IV and $100.00 for Count V to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Government's oral motion to dismiss Counts VIII, IX and X was granted.
- Defendant allowed to self-surrender to the U.S. Marshals Service upon designation of Bureau of Prisons.

NOTES: