PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ] **Original Notice**      [X] **Notice of Disposition**

Date: **January 12, 2007**      Date: **February 28, 2008**
By: **Joaquin V.E. Manibusan, Jr. U.S. Magistrate Judge**      By: **Frances M. Tydingco-Gatewood Chief Judge**

Defendant: **AGUERO, Linda George**      Case Number: **CRIMINAL CASE #07-00004-002**
Date of Birth: **XX-XX-1967**      Place of Birth: **Tamuning, Guam - USA**
SSN: **XXX-XX-1627**

================================================================

**NOTICE OF COURT ORDER** (Order Date: **January 12, 2007**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted. **(SENTENCED ON JANUARY 8, 2008, SELF SURRENDERED TO THE USMS ON FEBRUARY 28, 2008)**

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ☐ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ✓ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)