# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00004-002 |
| Plaintiff, | ) | |
| vs. | ) | |
| LINDA G. AGUERO, | ) | ORDER |
| Defendant. | ) | |

On January 12, 2007, the court ordered the Defendant to surrender her firearm identification card as a condition of pretrial release. On January 8, 2008, the Defendant was sentenced, and a felony judgment was filed and entered on January 9, 2008. There being no further matter pending before this court, it is no longer necessary to retain the firearm identification card. Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court surrender the firearm identification card to the Guam Police Department, Records and ID Section, for their appropriate disposition.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Mar 28, 2008**